JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUXIN LI, <br>     Plaintiff, <br> v. <br> EDWARD SCOTT PALMER, et al., <br>     Defendants. | Case No.: CV 17-8732 DSF (MRWx) <br><br> JUDGMENT |

The Court having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to several motions to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/18/18

Dale S. Fischer
United States District Judge